IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORA BAKER**, et. al, | :  CIVIL ACTION NO. 1:06-CV-1874 |
|     **Plaintiff** | :  (Judge Conner) |
|     v. | : |
| **WASHINGTON GROUP INTERNATIONAL, INC.**, | : |
|     **Defendant** | : |

## ORDER

AND NOW, this 26th day of March, 2008, following a telephone conference with all parties of record, during which the parties asked the court to decline to exercise supplemental jurisdiction over the remaining state law claim of fraud and duress, it is hereby ORDERED that:

1. The court declines to exercise supplemental jurisdiction over the remaining state law claim, which is DISMISSED without prejudice. See 28 U.S.C. § 1367(c)(3).

2. The Clerk of Court is directed to enter JUDGMENT in favor of defendant Washington Group International, Inc. and against plaintiffs.

3. The Clerk of Court is directed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge